

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

RUBY SULLIVAN AND JOHN LOTT,
*ET AL.*                                                                          **PLAINTIFFS**

**VERSUS**                                              **CIVIL ACTION NO. 3:03-CV88BN**

**MISSISSIPPI POWER COMPANY and**
**INTERSTATE FIBERNET, INC.**                                      **DEFENDANTS**

## AGREED ORDER OF REMAND

THIS CAUSE comes before the Court on the Agreed Order of the parties to remand this cause to the Circuit Court of Smith County, Mississippi.  The original basis of removal was MCI's bankruptcy which has now been resolved.  After due consideration of the record and being otherwise fully advised in the premises, the Court finds that the above referenced action should be remanded to the Circuit Court of Smith County, Mississippi.  It is, therefore,

ORDERED AND ADJUDGED that the above referenced action be, and is hereby, remanded to the Circuit Court of Smith County, Mississippi.  It if further,

ORDERED AND ADJUDGED that the Clerk of Court shall immediately remand the case to the Circuit Court of Smith County, Mississippi.

ORDERED AND ADJUDGED this the _22ND_ day of _Dec._ , 2005.

UNITED STATES ~~DISTRICT~~ JUDGE
*magistrate*

AGREED TO:


_____
Attorney for Plaintiffs
C. Victor Welsh, III, Esq. (MSB No. 7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
Post Office Box 22985
410 South President Street
Jackson, MS 39225
Telephone:     (601) 948-6200
Facsimile:      (601) 948-6187


_____
Attorney for Defendant, Mississippi Power Company
Ben H. Stone, Esq. (MSB No. 7934)
BALCH & BINGHAM LLP
Post Office Box 130
1310 Twenty-Fifth Avenue
Gulfport, MS 39501-7748
Telephone:     (228) 864-9900
Facsimile:      (228) 864-8221


_____
Attorney for Defendant, Interstate FiberNet, Inc.
Michael B. Wallace, Esq. (MSB No. 6904)
PHELPS DUNBAR, LLP
Post Office Box 23066
111 East Capitol Street, Suite 600
Jackson, MS 39225
Telephone:     (601) 352-2300
Facsimile:      (601) 360-9777